# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00452-CV

---

**Donald Quinonez, Appellant**

**v.**

**Seaton Collard, Appellee**

---

**FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY**
**NO. 2181-335, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

On July 25, 2023, the trial court issued an order granting appellee's motion for summary judgment on his claims for declaratory and injunctive relief. In the same order, the trial court ordered appellee to submit his application for attorney's fees to the court within fourteen days. Appellant appealed the order to this Court. In response, appellee filed a motion to dismiss this cause, alleging that this Court lacks subject-matter jurisdiction over this appeal because the order is not a final judgment that disposes of all claims and parties. We agree.

"[A]n order or judgment is not final for purposes of appeal unless it actually disposes of every pending claim and party or unless it clearly and unequivocally states that it finally disposes of all claims and all parties." *Lehmann v. Har-Con Corp.,* 39 S.W.3d 191, 205 (Tex. 2001). An order that does not dispose of all issues and parties is interlocutory and not appealable absent a severance. *Mafrige v. Ross,* 866 S.W.2d 590, 591 (Tex. 1993), *overruled on other grounds,*

*Lehmann v. Har-Con Corp.,* 39 S.W.3d 191 (Tex. 2001). Here, appellee's claim for recovery of attorney's fees is a separate claim that remains pending before the trial court, and thus the order is not a final, appealable judgment. *See Youngblood & Assocs., P.L.L.C. v. Duhon*, 57 S.W.3d 63, 65 (Tex. App.—Houston [14th Dist.] 2001, no pet.) (holding that order was not final, appealable judgment where order contained no ruling on party's claim for recovery of attorney's fees). Accordingly, because the order appealed from is not a final, appealable judgment and there is no severance in the record, we dismiss this appeal for want of jurisdiction. All pending motions are dismissed as moot.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Jurisdiction

Filed: April 3, 2024